# UNITED STATES PATENT NO. 7,952,481

| US7952481 | McDonald Contactless Payment System (The accused instrumentality) |
| --- | --- |
| [1.P] A method of transmitting information between a radio frequency identification (RFID) tag and a server, the method comprising: | The accused instrumentality (McDonald's Contactless Payment System) performs a method of transmitting information between a radio frequency identification (RFID) tag and a server during the course of a payment transaction in a McDonald's store.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, The McDonald's Contactless Payment System provides the McDonald's mobile application (hereinafter referred to as "application"), which is available for download on devices, such as smartphones and watches (e.g., iOS devices) and which serves as an "RFID tag" and hereinafter referred to as the 'Device(s)') to facilitate purchase transactions. The application facilitates payments through tap-to-pay functionality using Near Field Communication (NFC) technology, a subset of Radio Frequency Identification (RFID) adapted for contactless payments. When a financial transaction occurs in a McDonald's restaurant, the McDonald's restaurant uses the Device (executing the application) to transmit payment information between the Device and an in-store POS RFID reader, which transmits to a server to enable secure transaction processing.<br><br>Serves as an RFID tag.<br>https://palospublishing.com/the-role-of-mcdonalds-in-advancing-digital-payments-in-fast-food/<br>Contactless payment technology allows customers to pay for their meals by simply tapping their cards or smartphones on a payment terminal. This technology, which relies on Near Field Communication (NFC) McDonald's rolled out contactless payment options in many of its smartphones, smartwatches, or contactless-enabled credit and debit cards for payments.<br><br>***Note:*** *Excerpt discloses the McDonald's NFC payment system in which the smartphone serves as, or comprises, an RFID tag*<br><br>*Source: https://palospublishing.com/the-role-of-mcdonalds-in-advancing-digital-payments-in-fast-food/* |



Near Field Communication (NFC) technology, a subset of Radio Frequency Identification (RFID) adapted for contactless payments

*Source:* *https://www.retailtouchpoints.com/features/retail-success-stories/mcdonald-s-rolls-out-mobile-payment-in-u-s-locations*



iPhone device (which comprises an RFID tag)

*Source: https://thefoodxp.com/does-mcdonalds-take-apple-pay/*

Device (comprises an RFID tag)

Apple Pay is available only on Apple devices including iPhones, iPads, Apple Watches and Macs. To use it, you will need to set up Apple Pay by navigating to Apple Wallet on your Apple device and inputting at least one credit or debit card.

*Source: https://www.gobankingrates.com/banking/technology/does-mcdonalds-take-apple-pay/*

Leverage NFC based payment system

**McDonald's** sees accepting NFC mobile payments as part of its on-going customer service improvement remit, the fast food giant's Anja Carroll has told NFC World+. "We can accept all payment products that leverage standard NFC and we prefer to allow our customers to choose how they prefer to pay," she explained.

***Note:*** *McDonald's NFC-based payment system (a subset of RFID)*

*Source: https://www.nfcw.com/2014/11/13/332602/mcdonalds-mobile-payments-let-customers-choose/*

Transmitting information between a phone (RFID tag) and a server

Yes, the McDonald's app, developed by a global corporation, is built with standard security measures in place to protect user data and transactions. They use encryption to safeguard your information as it travels between your phone and their servers.

*Source: https://eathealthy365.com/your-ultimate-guide-to-mcdonald-s-app-security-safety/*

| | |
|---|---|
| | **McDonald's CIO on Why It's Supporting Apple Pay**<br>McDonald's tested Apple Pay at its Point of Sale(PoS) lab in Oak Brook, Ill., and the results earned a green light.<br>"We've done full end-to-end testing that included folks from McDonald's and Apple,"<br>McDonald's has had NFC-enabled PoS terminals in its stores for more than two years,<br>Customers can already use the terminals to pay with MasterCard's PayPass, **Visa payWave** and other contactless payment systems. The existing hardware and software will now support Apple Pay.<br>McDonald's executives believe its customers, particularly younger ones,will quickly embrace Apple Pay.<br>And with smartphone use practically ubiquitous in the United States,<br><br>*Source: https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html*<br><br>The McDonald's app and Apple Pay work together flawlessly to enable swift online ordering.<br><br>*Source: https://rates.fm/payment-systems/how-to-use-apple-pay-at-mcdonalds/*<br><br>**Which merchants are already compatible with Apple Pay?**<br>There are already over 220,000 retailers that are compatible with Apple Pay, including McDonald's<br><br>*Source: https://www.cnet.com/tech/mobile/everything-you-want-to-know-about-apple-pay/* |



| | |
|---|---|
| | <br>*Source: https://www.hungrimind.com/articles/flutter-apple-pay*<br><br>McDonald's does take Apple pay. It accepts Apple Pay in all the outlets in the U.S.A. You can pay for your orders on the website, mobile app, or drive-thru. All you have to do is add your bank cards to the Apple Pay wallet and make easy payments at McDonald's outlets.<br><br>*Source: https://thefoodxp.com/does-mcdonalds-take-apple-pay/* |
| [1.1] at the RFID tag, receiving information from an RFID reader that enables encryption of | In the method of payment utilized by each of the McDonald's restaurants, the accused instrumentality (McDonald's Contactless Payment System) performs, at the RFID tag, receiving information from an RFID reader that enables encryption of identification data according to a predetermined encryption scheme used by the server, the identification data identifying the RFID tag. |

| | |
|---|---|
| identification data according to a predetermined encryption scheme used by the server, the identification data identifying the RFID tag; and | This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, when a user adds a payment card (such as a credit card or a debit card) in the application on their Device ("RFID tag"), a device-specific token ("identification data"), is generated and stored on the Device. This token is issued during token provisioning, cryptographically bound to the Device, and replaces sensitive card details. Specifically, the token is unique to the user's Device and non-transferable to other devices, and therefore, identifies the user's Device to secure a purchase transaction at a merchant's POS terminal (an "RFID reader" and hereinafter referred to as the 'POS terminal').<br><br>For example, during a payment transaction at a McDonald's restaurant, the Device responds to an Unpredictable Number (UN) from the POS terminal ("receiving information from an RFID reader") and based on this UN, along with a Master Key (MKAC), and an Application Transaction Counter (ATC), a session key (SKAC) is generated. Further, the session key (unique for each purchase transaction), along with other data, such as the token, ATC, and a secret key, is used to generate a cryptogram (an "encryption of identification data"). This cryptogram is a unique, single-use authentication code and cannot be predicted (or reused) without access to the secret key. Further, the cryptogram is computed according to EMVCo-compliant tokenization and cryptography (a "predetermined encryption scheme").<br><br>**Quick service restaurants migrating to EMV acceptance:** McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables<br><br>McDonald's complies with the EMVCo standard.<br><br>*Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016*<br><br>Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details. |

| | |
|---|---|
| | *Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*<br><br>***Note:*** *Excerpts shows how McDonald's conditions participation in and completion of the contactless payment transaction on compliance with this EMVCo-based transaction flow.*<br><br>"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."<br>McDonald's has been a long-time proponent of contactless technologies at the point of sale.<br><br>Integration of EMVCo-Mandated Payment Transaction Flows<br><br>***Note:*** *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*<br><br>*Source: https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/* |

| | |
|---|---|
| | During a transaction the cardholder's payment device responds to an unpredictable number from the terminal to create two types of cryptograms:<br><br>At the RFID Tag, receiving unpredictable number from the POS Terminal that enables encryption of identification data (payment data)<br><br>1 **An online cryptogram (symmetric cryptography)** is used in most payment scenarios for remote authentication and verified by the card issuer. It is based on either Triple DES cryptography (Data Encryption Standard) or AES cryptography (Advanced Encryption Standard).<br><br>2 **An offline cryptogram (public key cryptography)** is used for local authentication and verified by the terminal. The payment device uses its private key to authenticate itself and the transaction data to the terminal and this avoids the payment device and terminal having to share secret keys. A transit network is a prominent example of where this is needed, as often terminals can be without online real-time connectivity, and they need to support mass turnstile throughput at peak times so speed is essential. In this payment scenario, EMV supports the use of ECC and RSA cryptography.<br><br>Source: *https://www.emvco.com/knowledge-hub/quantum-computing-and-emv-chip-whats-the-threat/* |

| | |
|---|---|
| | EMV payment tokens are open-loop tokens provisioned by a TSP and, like other tokens, are used to replace the actual payment credential (e.g., PAN) with another numeric value. Payment tokens may vary depending on implementation, but typically there is a unique token for each device, which bears no resemblance to the PAN (e.g., the final four digits do not match). They are used both for proximity contactless EMV transactions and, in some cases, for in-app transactions (e.g., Apple Pay). The same token value is used across all merchants.<br><br>Because tokens are typically unique to a device and channel, a single PAN can be represented by many tokens. For example, suppose Joe and Betty Smith share a credit card. That card can be represented by the following different tokens:<br><br>*Source:https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*<br><br>Tokenized payment information: Card details were securely stored as tokens, reducing fraud risks and ensuring compliance with global security standards.<br><br>*Source: https://juspay.io/customer-stories/mcdonalds*<br><br>Adding a credit card is generally safe, as the app uses tokenization. This technology replaces your actual card number with a unique, randomly generated set of numbers (a "token") for processing payments. So, McDonald's servers don't store your raw credit card details, which significantly reduces the risk if they were ever to have a data breach.<br><br>Encryption according to a tokenization method<br><br>*Source: https://eathealthy365.com/your-ultimate-guide-to-mcdonald-s-app-security-safety/* |

| | |
|---|---|
| | Encryption according to a tokenization method<br><br>EMV Payment Tokenisation enhances in-store, e-commerce and remote payment security by removing the most valuable data to a fraudster, *the primary account number (PAN)*, and replacing it with a unique alternative value, *the EMV Payment Token*. Importantly, an EMV Payment Token is constrained in how it can be used. For example, to a specific merchant, device or payment scenario.<br>*Source: https://www.emvco.com/emv-technologies/payment-tokenisation/*<br><br>**Cryptogram**: A unique, one-time-use encrypted code generated during a tokenized payment to authenticate and secure the transaction.<br>*Source: https://www.linkedin.com/pulse/tokenisation-deeper-dive-shubham-vats-cxluf/*<br><br>The chip's response includes a *cryptogram*. Confusingly, the term *cryptogram* has two different meanings in the EMV specifications. Formally, a cryptogram is a symmetric signature, which takes the form of a message authentication code (MAC) calculated with a key shared between the chip and the issuing bank. (Strictly speaking, each MAC is computed with a different key derived from a permanent shared key and a transaction counter.) But informally, the term cryptogram is also used to refer to a message containing the MAC such as the response from the chip to the terminal<br>*Source: https://pomcor.com/2014/09/14/apple-pay-emv-and-tokenization/*<br><br>The 8-character numeric (binary) Unpredictable Number is randomly generated by the POS Terminal and is used to provide variability and uniqueness to the cryptogram.<br><br>*Source: https://cert.api2.heartlandportico.com/Gateway/PorticoDevGuide/build/PorticoDeveloperGuide/EMV%20Request%20Tags.html* |

| | During a transaction the cardholder's payment device responds to an unpredictable number from the terminal to create two types of cryptograms: an offline cryptogram that can be verified locally by the terminal, and an online cryptogram that can be verified remotely by the issuer.<br>Source:*https://www.emvco.com/wp-content/uploads/2025/05/EMVCo_Cybersecurity_QRG_MAY25_FINAL-TAGGED.pdf*,<br><br>AC generation consists of deriving a 16-byte Session Key SKAC from the ICC Application Cryptogram Master Key MKAC using the 2-byte Application Transaction Counter (ATC) of the ICC and a 4-byte terminal Unpredictable Number (UN).<br><br>EMV Cryptography: MasterCard Session key derivation finished<br>****************************************<br>UDK: C86ED652D5C2CBA21FC175191A5DCBCD<br>ATC: 0001<br>Unpredictable nr.: 30901B6A<br>---------------<br>Session key: 45C44343B64A58B3BF8046F75D943BEA<br>KCV: 31C65D<br>*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu* |
|---|---|



*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*

| | |
|---|---|
| | **HOW IS CRYPTOGRAM GENERATED**<br><br>Upon receiving cryptogram generation request along with the data from the terminal, Chip (ICC) generates 8-byte Application Cryptogram using Application Cryptogram Master Key (MKAC). Chip performs below actions in-order to generate Application Cryptogram (AC).<br><br>1) A session key (SKAC) is generated Using MKAC & ATC**. Session key is unique for each transaction.<br><br>2) Generates Application Cryptogram using the session key and the data by applying 3DES or AES.<br><br>** Using of ATC in session key generation is subjected to the method / algorithm used for generation of session key.<br><br>Source: *https://mycardpaymentblog.wordpress.com/2020/05/11/emv-cryptogram-arqc-explained/*<br><br>The cryptogram is created using several inputs, which may include:<br>• The token (Device Account Number or Digitised PAN)<br>• A device-specific key<br>• Transaction-specific data (like the amount)<br>• A counter or timestamp to ensure uniqueness<br><br>Encrypting with tokenization and cryptographic schemes.<br><br>*Source: https://docs.dennisokeeffe.com/fintech/Tokenisation-and-Encryption-in-Digital-Payments* |

| | |
|---|---|
| | **Token Cryptogram**. A cryptogram, containing a transaction-unique value, typically generated using the payment token, payment-token-related data, and transaction data. Cryptogram derivation methods may vary by scenario and may be payment system specific.<br>*Source: https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*<br><br>**2.3 Security in the Tokenization Process**<br>Various measures provide security during the tokenization process.<br>**2.3.1 Cryptography**<br>Cryptography protects information by transforming it into a format only readable by authorized entities. Cryptography is often used to secure sensitive information, such as a PIN, or to authenticate an entity, such as an issuer or cardholder.<br>**2.3.2 Token Cryptogram**<br>Each transaction cryptographically generates a value that is unique to the transaction. This value is requested by the token requestor from the TSP, returned to the requestor, and used by the merchant in transaction processing.<br>*Source:https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*, |

<table>
<tr>
<td></td>
<td>

What is EMV Payment Tokenisation?

Reducing the value and limiting the use of stolen or compromised payments information is critical to protecting consumers and businesses from malicious financial attacks. Merchants and payment card issuers use EMV Payment Tokenisation to increase protection of payment data throughout a transaction.

*Source: https://www.emvco.com/emv-technologies/payment-tokenisation/*

</td>
</tr>
<tr>
<td>[1.2] at the RFID tag, encrypting the identification data according to the predetermined encryption scheme using the received information to produce encrypted RFID data for the RFID reader to transmit to the server for the server to decrypt the encrypted RFID data according to the predetermined scheme in order to produce the identification data of the RFID tag.</td>
<td>

In the method of payment utilized by each of the McDonald’s restaurants, the accused instrumentality (McDonald’s Contactless Payment System) performs, at the RFID tag, encrypting the identification data according to the predetermined encryption scheme using the received information to produce encrypted RFID data for the RFID reader to transmit to the server for the server to decrypt the encrypted RFID data according to the predetermined scheme in order to produce the identification data of the RFID tag.

This element is met literally, or in the alternative, under the doctrine of equivalents.

For example, during the purchase transaction initiated at the restaurant, the user’s device (serving as the “RFID tag”) uses the Unpredictable Number (UN) (“the received information”) provided by the POS terminal (serving as the “RFID reader”), along with the Master Key (MKAC), the Application Transaction Counter (ATC), and the session key (SKAC), to generate the cryptogram (“encrypted RFID data”). This cryptogram is computed according to EMVCo-compliant tokenization and cryptography (serving as the “predetermined scheme”), and the user’s device transmits the cryptogram to the POS terminal via NFC. After receiving the cryptogram, the POS terminal forwards the cryptogram to the server. When the user selects the Apple Pay option for the purchase transaction, an Apple server decrypts the encrypted RFID data (i.e., the cryptogram) according to EMVCo-compliant tokenization and cryptography to retrieve the device-specific token (“identification data”).

The servers, including a merchant server and Apple Pay servers utilized by the restaurant to obtain payment, participate in a decryption process to forward the data to Adyen payment platform and a token service provider and subsequently to an issuer, wherein the token service provider detokenizes the data and the issuer matches the record to approve or

</td>
</tr>
</table>

| | |
|---|---|
| | decline the transaction. All these steps, including cryptogram generation, transmission, decryption, and token validation, are performed according to the flow established by McDonald's application, making actions by the device, Ayden platform, and third-party servers attributable to McDonald's.<br><br>**Quick service restaurants migrating to EMV acceptance:** McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables<br><br>McDonald's complies with the EMVCo standard.<br><br>*Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016*<br><br>Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.<br><br>*Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*<br><br>***Note:*** *Excerpts shows how McDonald's conditions participation in and completion of the contactless payment transaction on compliance with this EMVCo-based transaction flow.* |

| | |
|---|---|
| | "As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."<br>McDonald's has been a long-time proponent of contactless technologies at the point of sale.<br>Integration of EMVCo-Mandated Payment Transaction Flows<br>***Note:*** *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*<br>*Source:https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/* |

| | During a transaction the cardholder's payment device responds to an unpredictable number from the terminal to create two types of cryptograms: Encrypting the identification data<br><br>1 **An online cryptogram (symmetric cryptography)** is used in most payment scenarios for remote authentication and verified by the card issuer. It is based on either Triple DES cryptography (Data Encryption Standard) or AES cryptography (Advanced Encryption Standard).<br><br>2 **An offline cryptogram (public key cryptography)** is used for local authentication and verified by the terminal. The payment device uses its private key to authenticate itself and the transaction data to the terminal and this avoids the payment device and terminal having to share secret keys. A transit network is a prominent example of where this is needed, as often terminals can be without online real-time connectivity, and they need to support mass turnstile throughput at peak times so speed is essential. In this payment scenario, EMV supports the use of ECC and RSA cryptography.<br><br>*Source: https://www.emvco.com/knowledge-hub/quantum-computing-and-emv-chip-whats-the-threat/*<br><br>During a transaction the cardholder's payment device responds to an unpredictable number from the terminal to create two types of cryptograms: an offline cryptogram that can be verified locally by the terminal, and an online cryptogram that can be verified remotely by the issuer.<br><br>Using the received information (unpredictable number) to create encrypted RFID data (cryptogram).<br><br>*Source:https://www.emvco.com/wp-content/uploads/2025/05/EMVCo_Cybersecurity_QRG_MAY25_FINAL-TAGGED.pdf*, |
|---|---|

**Cryptogram:** A unique, one-time-use encrypted code generated during a tokenized payment to authenticate and secure the transaction.

*Source: https://www.linkedin.com/pulse/tokenisation-deeper-dive-shubham-vats-cxluf/*



Tokenized payment data

*Source: https://www.slideshare.net/slideshow/merchant-tokenization-and-emv-secure-remote-commerce/133199956*

| | |
|---|---|
| | AC generation consists of deriving a 16-byte Session Key SKAC from the ICC Application Cryptogram Master Key MKAC using the 2-byte Application Transaction Counter (ATC) of the ICC and a 4-byte terminal Unpredictable Number (UN).<br><br>EMV Cryptography: MasterCard Session key derivation finished<br>****************************************<br>UDK: C86ED652D5C2CBA21FC175191A5DCBCD<br>ATC: 0001<br>Unpredictable nr.: 30901B6A<br>————————————-<br>Session key: 45C44343B64A58B3BF8046F75D943BEA<br>KCV: 31C65D<br>*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu* |



*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*

| | |
|---|---|
| | **HOW IS CRYPTOGRAM GENERATED**<br><br>Upon receiving cryptogram generation request along with the data from the terminal, Chip (ICC) generates 8-byte Application Cryptogram using Application Cryptogram Master Key (MKAC). Chip performs below actions in-order to generate Application Cryptogram (AC).<br><br>1) A session key (SKAC) is generated Using MKAC & ATC**. Session key is unique for each transaction.<br><br>2) Generates Application Cryptogram using the session key and the data by applying 3DES or AES.<br><br>** Using of ATC in session key generation is subjected to the method / algorithm used for generation of session key.<br><br>*Source:* https://mycardpaymentblog.wordpress.com/2020/05/11/emv-cryptogram-arqc-explained/<br><br>The cryptogram is created using several inputs, which may include:<br>• The token (Device Account Number or Digitised PAN)<br>• A device-specific key<br>• Transaction-specific data (like the amount)<br>• A counter or timestamp to ensure uniqueness<br><br>*Source:* https://docs.dennisokeeffe.com/fintech/Tokenisation-and-Encryption-in-Digital-Payments |

| | |
|---|---|
| | **Token Cryptogram**. A cryptogram, containing a transaction-unique value, typically generated using the payment token, payment-token-related data, and transaction data. Cryptogram derivation methods may vary by scenario and may be payment system specific.<br>Source: *https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*<br>Encrypting according to a tokenization scheme.<br>**2.3 Security in the Tokenization Process**<br>Various measures provide security during the tokenization process.<br>**2.3.1 Cryptography**<br>Cryptography protects information by transforming it into a format only readable by authorized entities. Cryptography is often used to secure sensitive information, such as a PIN, or to authenticate an entity, such as an issuer or cardholder.<br>**2.3.2 Token Cryptogram**<br>Each transaction cryptographically generates a value that is unique to the transaction. This value is requested by the token requestor from the TSP, returned to the requestor, and used by the merchant in transaction processing.<br>*Source:https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf* |

| | |
|---|---|
| | ## What is EMV Payment Tokenisation?<br><br>Reducing the value and limiting the use of stolen or compromised payments information is critical to protecting consumers and businesses from malicious financial attacks. Merchants and payment card issuers use EMV Payment Tokenisation to increase protection of payment data throughout a transaction.<br>*Source: https://www.emvco.com/emv-technologies/payment-tokenisation/*<br><br>Transmit encrypted RFID data to the server<br><br>Yes, the McDonald's app, developed by a global corporation, is built with standard security measures in place to protect user data and transactions. They use encryption to safeguard your information as it travels between your phone and their servers.<br><br>*Source: https://eathealthy365.com/your-ultimate-guide-to-mcdonald-s-app-security-safety/*<br><br>Here's the security promise: all personal data is encrypted both in transit (from your phone to their servers) and at rest (while stored on their servers). They have also implemented stricter data access controls internally, meaning only a small number of authorized employees can access sensitive customer information, and their access is logged and audited.<br>*Source: https://eathealthy365.com/a-deep-dive-into-mcdonald-s-2025-safety-protocols/* |

# McDonald's CIO on Why It's Supporting Apple Pay

McDonald's tested Apple Pay at its Point of Sale(PoS) lab in Oak Brook, Ill., and the results earned a green light.
"We've done full end-to-end testing that included folks from McDonald's and Apple,"
McDonald's has had NFC-enabled PoS terminals in its stores for more than two years,
Customers can already use the terminals to pay with MasterCard's PayPass, **Visa payWave** and other contactless payment systems. The existing hardware and software will now support Apple Pay.
McDonald's executives believe its customers, particularly younger ones,will quickly embrace Apple Pay.
And with smartphone use practically ubiquitous in the United States,

*Source: https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html*

The McDonald's app and Apple Pay work together flawlessly to enable swift online ordering.

*Source: https://rates.fm/payment-systems/how-to-use-apple-pay-at-mcdonalds/*

*Source: https://developer.apple.com/videos/play/tech-talks/111381/*



Customer Device
Merchant Website
Merchant Server
Pay Server
Payment Service Provider
Pay
Create Payment Request
Request Merchant Session
Generate Merchant Session
Confirm Payment
Complete Validation
Receive Merchant Session
Generate Payment Data
Receive Payment Data
Decrypt Payment Data
Charge Payment
Entities (McDonald's server, Apple Pay server, and issuer bank) involved in the decryption process to decrypt the encrypted payment data (payment token).

*Source:* *https://developer.apple.com/videos/play/tech-talks/111381/*

26



| | |
|---|---|
| |   *Excerpt discloses that the decryption procedure starts with the application first exchanging encrypted payment session information with the merchant server, then passing the information to a wallet server such as Apple Pay, and subsequently to the Adyen payment platform. The Adyen payment platform further forwards the data to the token service provider, which detokenizes the data, and the issuer matches the records to approve or decline the transaction.*<br><br>*Source: https://www.securetechalliance.org/wp-content/uploads/EMV_Tokenization_Webinar_FINAL_110316.pdf* |

----------------------------------------------------------------------------------------------------------------
*Excerpt below shows that Adyen performs the critical processing steps, including validating and decrypting the received data or resolving the token to the underlying account through the appropriate token service and card network, and routing the transaction for authorization with the issuing bank. After the issuer authorizes the charge, Adyen returns the authorization response to the McDonald's POS system, enabling McDonald's to complete the transaction*
----------------------------------------------------------------------------------------------------------------

McDonald's have chosen Adyen, a flourishing payment platform, to boost their cross-border transactions on grounds of the huge benefits it brings back.

*Source: https://www.magestore.com/blog/adyen-pos/*

Adyen NV announced late Wednesday an expansion of its agreement to process mobile-app transactions for McDonald's Corp. to include the United States.

As part the deal, **Adyen** will enable consumers enrolled in McDonald's loyalty program to pay with their saved payment method on the McDonald's **mobile app** at the front counter,

Adyen payment platform processes mobile app transactions and enables users to pay using their saved payment methods.

*Source: https://www.digitaltransactions.net/adyen-expands-its-relationship-with-mcdonalds-to-the-u-s-market/*

## Adyen and McDonald's expand mobile app partnership to the U.S

McDonald's has always focused on serving customers, and that includes offering their preferred payment methods with Adyen in several markets across the globe. For example, loyalty customers are able to pay with their saved payment method on the McDonald's mobile app at the front counter, kiosk, or drive-thru using a four-digit code which provides convenience and supports operational speed.

*Source: https://www.adyen.com/press-and-media/adyen-and-mcdonalds-expand-mobile-app-partnership-to-the-us*

| | |
|---|---|
| | **Adyen Expands Its Relationship With McDonald's to The U.S. Market**<br>Adyen NV announced late Wednesday an expansion of its agreement to process mobile-app transactions for McDonald's Corp. to include the United States. Adyen has processed payments from mobile apps for the global restaurant chain in the United Kingdom since 2020.<br>As part the deal, Adyen will enable consumers enrolled in McDonald's loyalty program to pay with their saved payment method on the McDonald's mobile app at the front counter<br>Adyen platform enables users to pay using a saved/registered payment method (link with apple wallet) on the McDonald App<br>Source: *https://www.digitaltransactions.net/adyen-expands-its-relationship-with-mcdonalds-to-the-u-s-market/*<br><br>**McDonald's taps Adyen for mobile payments**<br>Foodservice retailer McDonald's has selected payments platform provider Adyen for mobile payments in all its worldwide markets.<br>Adyen for mobile payments<br>The Adyen payments platform connects directly to Visa, Mastercard and other consumer-preferred payment methods.<br>Adyen's platform is expected to simplify and scale up payments via a single integration.<br>Source: *https://www.electronicpaymentsinternational.com/news/mcdonalds-taps-adyen-mobile-payments/*<br><br>Adoption of EMVCo Standards<br>Making payments with network tokens has important benefits:<br>• Minimal integration efforts for adopting EMVCo's network token standards.<br>• Better payment security because each transaction is protected with a single-use cryptogram.<br>Source: *https://docs.adyen.com/online-payments/network-tokenization* |



Decrypt Apple Pay tokens
Learn how to decrypt Apple Pay tokens.

Adyen payment platform used by McDonald's for decryption-related processing.

An Apple Pay token contains encrypted data of a transaction performed with Apple Pay. Apple Pay tokens enable you to securely pass the data of your shoppers to a payment service provider, like Adyen.

*Source: https://docs.adyen.com/payment-methods/apple-pay/api-only/apple-pay-token-decryption*

This page explains how to implement a feature to securely reveal card details in your user interface, such as:

- Card verification code (CVC)
- Expiration date
- Primary account number (PAN)

To reveal the card details in your user interface, you must first get the card details data from Adyen. To securely request the data, you use a base64-encoded RSA public key and an Advanced Encryption Standard (AES) key to generate an encrypted session key.

Use the session key to request Adyen to reveal the card details. This response contains the encrypted card data assigned to the Adyen-issued card. You must extract the data from the decrypted response and then reveal them to the cardholder in your interface.

Adyen's role in secure transaction processing includes performing a decryption step to recover the original information for processing and completing the purchase.

*Source: https://docs.adyen.com/issuing/manage-card-data/reveal-card-details*



| |  **Pre-authorization and authorization adjustment**<br>Pre-authorize a payment, adjust the authorized amount, and capture the payment.<br><br>In a basic payment flow, the payable amount from your payment request is authorized and then captured. But sometimes you want to change the amount or extend the length of the authorization. Using the authorization type **pre-authorization** for your payment request, you can increase or decrease the authorized amount at a later stage, and then capture the payment manually. Changes to a pre-authorized payment are called "authorization adjustments".<br><br>*Source: https://docs.adyen.com/point-of-sale/pre-authorisation* |
|---|---|



| | |
|---|---|
| |  **Payment authorisation**<br>Learn about the payment authorisation flow and how you can control payment approvals<br>For security and compliance reasons, Adyen must authorise any payment made with an Adyen-issued card. When a cardholder attempts a payment, Adyen receives a payment request that starts a payment authorisation flow. This flow results in the payment being approved or refused.<br><br>As part of the flow, we perform internal checks and validations to ensure that the transaction is legitimate. Additionally, we can perform custom verifications created by you. This helps you control the types of transactions that your cardholders can make. You can do this by configuring transaction rules or relayed authorisation.<br><br>*Source: https://docs.adyen.com/issuing/authorisation*<br><br>McDonald's Partners With Adyen to Launch Mobile Payments Tech Worldwide<br>McDonald's has struck a deal with international payments platform Adyen NV, which will receive and process payments made in the chain's mobile app, according to a press release from Adyen.<br>Adyen's technology makes it easy to add payment methods and onboard franchisees, McDonald's can, in theory at least, more quickly roll out a consistent order and pay experience across the globe. |

*Source: https://thespoon.tech/mcdonalds-partners-with-adyen-to-launch-mobile-payments-tech-worldwide/*

*Source: https://docs.adyen.com/issuing/manage-card-data/reveal-card-details/*

| | |
|---|---|
| | **Apple Pay (Decrypted Payload)**<br>This documentation provides instructions for making a payment using decrypted data obtained from an Apple Pay payload.<br>This document assumes that you have access to the decrypted data from the Apple Pay payload.<br>**Step 1: Obtain Decrypted Data**<br>Ensure that you have decrypted data from the Apple Pay payload, which should include the necessary card information.<br>**Step 2: Format the Decrypted Data**<br>The decrypted data must be structured in a JSON format, containing the following key information:<br>**applicationPrimaryAccountNumber:** The primary account number of the card.<br>**applicationExpirationDate:** The expiration date of the card.<br>**cardholderName:** The name of the cardholder.<br>**paymentData:** A nested object that includes the onlinePaymentCryptogram and eciIndicator.<br>**currencyCode:** The currency code associated with the transaction.<br>**transactionAmount:** The amount of the transaction in the specified currency.<br>**deviceManufacturerIdentifier:** A unique identifier for the device manufacturer involved in the transaction.<br>**paymentDataType:** The type of payment data, such as "3DSecure" for 3D Secure transactions.<br>*Decrypts the encrypted payment data to obtain the payment card data for processing.*<br><br>*Note: Excerpt discloses decrypting the encrypted data and de-tokenizing it to retrieve the payment card data including primary account number ('identification data').*<br><br>*Source: https://developers.tap.company/docs/apple-pay-decrypted-payload* |