**UNITED STATES PATENT NO. 9,628,466**

| US9628466B2 | McDonald/s Contactless Payment System (The accused instrumentality) |
|---|---|
| [15.P.] A method for use by an electronic device for making a purchase transaction at a point of sale (POS) terminal in communication with a server, the electronic device having a processor, a display, and a memory storing data relating to a financial information of a user, wherein the data does not comprise an account number, the method comprising: | As used by each McDonald's restaurant, the accused instrumentality—the McDonald's Contactless Payment System—faciliates purchase transactions at a restaurant POS terminal.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the McDonald's mobile application, when executed on a user's smartphone, enables the user to conduct a purchase transaction at an NP6 POS terminal. The application stores tokenized payment credentials and encrypted financial information rather than the user's actual account number. During the transaction, the application communicates with the POS terminal, initiates the purchase, exchanges encrypted or tokenized payment data with the POS, and relies on server-based communication to complete the transaction without exposing the actual account number.<br><br>The application initiates the purchase, communicates with the POS terminal, exchanges encrypted or tokenized payment data, and relies on server-based communications to complete the transaction, all such steps attributable to McDonald's.<br><br><br>*Excerpt discloses an electronic device making a purchase transaction at a POS terminal.* |

*Source:https://www.karmanow.com/the-blog/mcdonalds-apple-pay-everything-you-need-to-know-for-faster-payments*

⊕ https://www.gobankingrates.com/banking/technology/does-mcdonalds-take-apple-pay/    → Electronic Device

Apple Pay is available only on Apple devices including iPhones, iPads, Apple Watches and Macs.

*Source: https://www.gobankingrates.com/banking/technology/does-mcdonalds-take-apple-pay/*

 — Electronic Device Display

Softcard uses contactless EMV global standards and SmartTap mobile commerce technology

*Source: https://www.nfcw.com/2014/11/13/332602/mcdonalds-mobile-payments-let-customers-choose/*

McDonald's uses secure payment gateways to process online transactions. These gateways encrypt payment information and securely transmit it between the customer, the restaurant, and the payment processor.

*Source: https://mcdo-menu-guide.com/online-payment-systems/*

Making a purchase transaction (i.e., mobile ordering) at a POS terminal

McDonald's uses a specialized, proprietary POS system called NewPOS, or McDonald's NP6.

The system integrates with mobile ordering, self-service kiosks, and drive-thru operations.

NewPOS NP6 integrates with various McDonald's ordering platforms, such as mobile apps, self-service kiosks, and drive-thru stations. The system also connects to inventory management and loyalty programs, touching every aspect of McDonald's operations.

Source: https://koronapos.com/blog/mcdonalds-pos-system/

-------------------------------------------------------------------------------------------------------

*Note: McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow*

-------------------------------------------------------------------------------------------------------

**Quick service restaurants migrating to EMV acceptance:**
McDonald's has already begun migrating to EMV.
Once McDonald's streamlines its transaction flow
to align with its emphasis on speed, other restaurants
may follow suit. EMV terminals may even be implemented
right at dining tables

McDonald's complies with the EMVCo standard.

Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016

Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/

3

*Note:*  *Excerpts shows how McDonald's conditions participation in and completion of the contactless payment transaction on compliance with this EMVCo-based transaction flow.*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."
McDonald's has been a long-time proponent of contactless technologies at the point of sale.

Integration of EMVCo-Mandated Payment Transaction Flows

*Note:*  *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*

*Source:https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

4



*Source:https://www.securetechalliance.org/wp-content/uploads/EMV_Tokenization_Webinar_FINAL_110316.pdf*

Electronic device for making a purchase transaction

Yes, **MoDonald's fully supports Apple Pay** at all its locations across the U.S. Customers can use **iPhones, Apple Watches, iPads, and MacBooks** to pay for their orders in-store, at the drive-thru, or via the McDonald's mobile app. Apple Pay ensures a seamless, **tap-and-go payment experience** that's both convenient and secure.

*https://www.karmanow.com/the-blog/mcdonalds-apple-pay-everything-you-need-to-know-for-faster-payments*

5

# What Point Of Sale System Does McDonald's Use?

McDonald's uses **NewPOS**, also known as **McDonald's NP6**, as their point of sale system.

What POS System Does McDonald's Currently Use?

Today, McDonald's utilizes the **NP6 POS system**, a highly specialized and robust solution designed to handle large-scale operations. The NP6 system, developed by **NewPOS**, is integrated into every aspect of McDonald's operations, from front-of-house ordering systems to back-end supply chain management.

*https://alexandriacomputers.com/mcdonalds-pos-system/*

Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

*Source:  https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

If you have an iOS device, and your card is registered to your Apple Wallet, Apple Pay will automatically display as a payment option within the McDonald's app.

*Source: https://www.mcdonalds.com/us/en-us/mcdonalds-app/faqen.html*

6

| Feature | McDonald's |
|---|---|
| UX & Menu Flow | Large touchscreen, intuitive category navigation, upsell prompts at multiple points |
| Scale & Deployment | Nationwide rollout, consistent interface across franchises |
| Payment & Integration | Full POS/KDS integration, EMV, NFC, mobile wallets, loyalty sync |

*Source:  https://swiforce.com/the-benefits-of-mcdonalds-self-ordering-kiosks/*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."

McDonald's has been a long-time proponent of contactless technologies at the point of sale.

<span style="color:red">Integration of EMVCo-Mandated Payment Transaction Flows</span>

*Source:https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

7



*Source:* *https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html*

**Tokenized payment information**: Card details were securely stored as tokens, reducing fraud risks and ensuring compliance with global security standards.

*Source:* *https://juspay.io/customer-stories/mcdonalds*

8



*Source:*
*https://www.facebook.com/photo/?fbid=531622522959862&set=gm.1981773598935339&idorvanity=1110372669408774*

You can register Visa, MasterCard, American Express and Discover cards in the app. Payment cards registered must be issued by a U.S. bank. If you have an iOS device, and your card is registered to your Apple Wallet, Apple Pay will automatically display as a payment option within the McDonald's app.

*Source:  https://www.mcdonalds.com/us/en-us/faq/what-forms-of-payment-are-accepted.html*

# McDonald's CIO on Why It's Supporting Apple Pay

McDonald's tested Apple Pay at its Point of Sale(PoS) lab in Oak Brook, Ill., and the results earned a green light.
"We've done full end-to-end testing that included folks from McDonald's and Apple,"
McDonald's has had NFC-enabled PoS terminals in its stores for more than two years,
Customers can already use the terminals to pay with MasterCard's PayPass, **Visa payWave** and other contactless payment systems. The existing hardware and software will now support Apple Pay.
McDonald's executives believe its customers, particularly younger ones,will quickly embrace Apple Pay.
And with smartphone use practically ubiquitous in the United States,

*Source: https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html*

### Does McDonald's accept Apple Pay for mobile orders?
You can use Apple Pay to order through the **McDonald's app.**

*Source:          https://www.karmanow.com/the-blog/mcdonalds-apple-pay-everything-you-need-to-know-for-faster-payments*

Whether you're ordering at the counter, drive-thru, or via the McDonald's app
you can use your iPhone, Apple Watch, or other compatible Apple devices
to complete your transaction.

*Source: https://www.linkedin.com/pulse/does-mcdonalds-take-apple-pay-best-money-topics-ptbac/*

# Apple Pay

Apple Pay is a mobile payment and digital wallet service by Apple Inc. that allows payers to make payments with supported iOS and macOS devices.

*Source:                    https://na-gateway.mastercard.com/api/documentation/integrationGuidelines/supportedFeatures/pickPaymentMethod/devicePayments/ApplePay.html*

10

Hold your iPhone or Apple Watch near the contactless terminal. Authenticate with Face ID, Touch ID, or passcode. Wait for confirmation.

Let the cashier know you're paying with Apple Pay. Hold your device near the reader and confirm the transaction.

Select Apple Pay at checkout when ordering through the McDonald's app. Authenticate the payment on your device to complete the order.

*Source:https://www.karmanow.com/the-blog/mcdonalds-apple-pay-everything-you-need-to-know-for-faster-payments*

Fastfood major McDonald's on Saturday said its website and mobile app do not store financial data of customers, after an independent blog claimed that the company was leaking personal data of over 2.2 million users in India. "We would like to inform our users that our website and app do not store any sensitive financial data of the users like credit card details, wallets passwords or bank account information," an official spokesperson of McDonald's India (West & South) said in a statement.

*Source:https://indianexpress.com/article/technology/tech-news-technology/mcdonalds-says-app-hacking-website-dont-store-financial-data-4576247/*

American fast food multinational corporation (MNC) McDonald's on Saturday said that its website and mobile app do not store financial data of customers, after an independent blog claimed that the company was leaking personal data of over 2.2 million users in India. "We would like to inform our users that our website and app do not store any sensitive financial data of the users like credit card details, wallets passwords or bank account information

*Source:https://www.millenniumpost.in/business/mcdonalds-claims-its-app-website-dont-store-financial-data-220572*

| | |
|---|---|
| [15.1.] encrypting, using the processor, the data to generate an encrypted data; | As each McDonald's restaurant uses the accused instrumentality to facilitate payment, the accused instrumentality uses a payment processor during a payment-related transaction to encrypt payment information and generate a cryptogram.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example: Excerpts explicitly show the payment processor involved in encrypting the payment information, replacing the sensitive data with unique tokens, and generating the cryptogram.<br><br>All McDonald's payment transactions are completed using the payment processor's encryption, tokenization, and cryptogram-generation steps.<br><br>**SECURE PAYMENT GATEWAYS**<br>McDonald's uses secure payment gateways to process online transactions. These gateways *(Processor configured to encrypt the payment information)* encrypt payment information and securely transmit it between the customer, the restaurant, and the payment processor.<br><br>McDonald's ensures the security of online transactions through encryption, tokenization, secure payment gateways, two-factor authentication, and compliance with PCI DSS standards.<br><br>**ENCRYPTION AND TOKENIZATION**<br>McDonald's employs advanced encryption and tokenization technologies to secure online transactions. Encryption converts sensitive information into code, making it unreadable to unauthorized users. Tokenization replaces sensitive data with unique tokens that cannot be used outside the specific transaction context.<br><br>*Source: https://mcdo-menu-guide.com/online-payment-systems/*<br><br>Yes, the payment system within the McDonald's app is built with security as a core feature. As mentioned above, its primary defense is tokenization. Your actual credit card information is not stored on your phone or on most of McDonald's primary servers. It's sent once to a secure payment vault, which then provides a token to the app for all future transactions.<br><br>*Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/* |



Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

### How does McDonald's protect my payment information?

McDonald's uses a combination of several key security technologies and standards to safeguard your data:

- **Tokenization:** This is the gold standard for payment security. When you add your card to the McDonald's app or use a mobile wallet like Apple Pay, your 16-digit card number is replaced with a unique, randomly generated set of numbers called a "token." This token is what's used to process payments. If a data breach were to occur, the stolen tokens would be useless to hackers as they cannot be reverse-engineered back to your actual card number.

- **Encryption:** When data is in transit—for example, from the payment terminal to the payment processor's servers—it is encrypted. This scrambles the information, making it unreadable to anyone who might intercept it.

*Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*



| | |
|---|---|
| | *Source:* *https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*<br><br>**How is Cryptogram generated**<br><br>Upon receiving cryptogram generation request along with the data from the terminal, Chip (ICC) generates 8-byte Application Cryptogram using Application Cryptogram Master Key (MKAC). Chip performs below actions in-order to generate Application Cryptogram (AC).<br><br>1) A session key (SKAC) is generated Using MKAC & ATC\*\*. Session key is unique for each transaction.<br><br>2) Generates Application Cryptogram using the session key and the data by applying 3DES or AES.<br><br>*Source: https://medium.com/@DEEPTHIMALLIDI/emv-cryptogram-arqc-explained-1fe2fed4440b* |

14

| | |
|---|---|
| | During a transaction the cardholder's payment device responds to an unpredictable number from the terminal to create two types of cryptograms:       *Cryptogram Generation* |
| | 1 **An online cryptogram (symmetric cryptography)** is used in most payment scenarios for remote authentication and verified by the card issuer. It is based on either Triple DES cryptography (Data Encryption Standard) or AES cryptography (Advanced Encryption Standard). |
| | 2 **An offline cryptogram (public key cryptography)** is used for local authentication and verified by the terminal. The payment device uses its private key to authenticate itself and the transaction data to the terminal and this avoids the payment device and terminal having to share secret keys. A transit network is a prominent example of where this is needed, as often terminals can be without online real-time connectivity, and they need to support mass turnstile throughput at peak times so speed is essential. In this payment scenario, EMV supports the use of ECC and RSA cryptography. |
| | *Source: https://www.emvco.com/knowledge-hub/quantum-computing-and-emv-chip-whats-the-threat/* |
| [15.2.] sending the encrypted data relating to the financial information of the user to the POS terminal for communicating the encrypted data and the purchase transaction to the server and for the server to decrypt the encrypted data to obtain the data, to use the data to identify an account number associated with a bank account of the user, and to charge the bank account | As used by each McDonald's restaurant, the accused instrumentality (transmits encrypted data related to the user's financial information to the POS terminal, which then communicates the encrypted data and the purchase transaction to a server. The server decrypts the encrypted data to obtain the underlying information, uses that information to identify the account number associated with the user's bank account, and charges the user's bank account for the purchase transaction. <br><br> This element is met literally, or in the alternative, under the doctrine of equivalents. <br><br> For example: <br><br> At each McDonald's restaurant, when the restaurant uses the Accused Instrumentality to facilitate payment, completion of a payment transaction on the performance of specific steps—encrypting payment information at the POS, forwarding encrypted data to merchant and Apple Pay servers, Adyen platform, detokenization by a token service provider, and authorization by an issuer—are each carried out in a prescribed manner |

15

| | |
|---|---|
| of the user for the purchase transaction; and | defined by the EMVCo payment flow adopted by McDonald's for the use of its restaurants. Although third parties such as Apple Pay servers, Adyen Platform, token service providers, and issuers perform certain steps, those steps are triggered by McDonald's transaction request, dictated by McDonald's required payment architecture, and necessary to complete a McDonald's sale, thereby making their actions attributable to a McDonald's restaurant utilizing the system to accomplish payment.<br><br>**Quick service restaurants migrating to EMV acceptance:**  *— McDonald's complies with the EMVCo standard.*<br>McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables<br><br>*Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016*<br><br>Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.<br><br>*Source:  https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/* |

| Feature | McDonald's |
| --- | --- |
| UX & Menu Flow | Large touchscreen, intuitive category navigation, upsell prompts at multiple points |
| Scale & Deployment | Nationwide rollout, consistent interface across franchises |
| Payment & Integration | Full POS/KDS integration, EMV, NFC, mobile wallets, loyalty sync |

*Source:* *https://swiforce.com/the-benefits-of-mcdonalds-self-ordering-kiosks/*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."

McDonald's has been a long-time proponent of contactless technologies at the point of sale.

Integration of EMVCo-Mandated Payment Transaction Flows

*Source:* *https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

17



*Excerpt demonstrates sending the encrypted transaction data to the POS terminal.*
*Source:https://hpkaushik121.medium.com/key-management-schemes-in-pos-emv-transaction-flow-part-4-f78ad010a16e*

## Secure Transmission to the Payment Processor

The sensitive customer data will be securely transmitted to the payment gateway or processor, where it is decrypted using authorized security keys.

*Source: https://www.imin.com/pos-encryption/*



Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards.

**PCI DSS Compliance:** The Payment Card Industry Data Security Standard (PCI DSS) is a set of strict security standards that all organizations that accept, process, store, or transmit credit card information must follow. McDonald's and its payment partners are required to be compliant, which involves regular security audits and adherence to best practices for network security, data protection, and access control.

*Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

# McDonald's CIO on Why It's Supporting Apple Pay

McDonald's tested Apple Pay at its Point of Sale(PoS) lab in Oak Brook, Ill., and the results earned a green light.
"We've done full end-to-end testing that included folks from McDonald's and Apple,"
McDonald's has had NFC-enabled PoS terminals in its stores for more than two years,
Customers can already use the terminals to pay with MasterCard's PayPass, **Visa payWave** and other contactless payment systems. The existing hardware and software will now support Apple Pay.

McDonald's executives believe its customers, particularly younger ones, will quickly embrace Apple Pay.
And with smartphone use practically ubiquitous in the United States,

*Source: https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html*



| | *Excerpt illustrates how the Apple device sends the encrypted data (i.e., DAN, cryptogram) relating to the user's financial information to the POS terminal* |
|---|---|
| | *Source: https://payments1connectingthedots.substack.com/p/the-apple-pay-transaction-flow* |
| | During a transaction, the Device Primary Account Number (DPAN) is sent to the merchant's Point of Sale (PoS) device, and transaction information is sent to the payment processor with an encrypted cryptogram. The DPAN is validated and decrypted by the payment network before the issuing bank approves the transaction. |
| | *Source: https://www.meawallet.com/en/news/how-apple-pay-tokenisation-works* |
| | **Communicating the encrypted data and the purchase details to the server** |
| | Yes, the McDonald's app, developed by a global corporation, is built with standard security measures in place to protect user data and transactions. They use encryption to safeguard your information as it travels between your phone and their servers. However, the biggest security risk often isn't the app itself, but how we, as users, manage our own accounts. |
| | *Source: https://eathealthy365.com/your-ultimate-guide-to-mcdonald-s-app-security-safety/* |
| | The McDonald's app and Apple Pay work together flawlessly to enable swift online ordering. |
| | *Source:  https://rates.fm/payment-systems/how-to-use-apple-pay-at-mcdonalds/* |



*Source:* [https://developer.apple.com/videos/play/tech-talks/111381/](https://developer.apple.com/videos/play/tech-talks/111381/)



Entities (McDonald's server, Apple Pay server, and issuer bank) involved in the decryption process to decrypt the encrypted payment data (payment token).

*Source:  https://developer.apple.com/videos/play/tech-talks/111381/*

22



*Excerpt discloses that the decryption procedure starts with the application first exchanging encrypted payment session information with the merchant server, then passing the information to a wallet server such as Apple Pay, and subsequently to the Adyen payment platform. The Adyen payment platform further forwards the data to the token service provider, which detokenizes the data, and the issuer matches the records to approve or decline the transaction.*

*Source: https://www.securetechalliance.org/wp-content/uploads/EMV_Tokenization_Webinar_FINAL_110316.pdf*

23

---------------------------------------------------------------------------------------------------------

*Excerpt below shows that Adyen performs the critical processing steps, including validating and decrypting the received data or resolving the token to the underlying account through the appropriate token service and card network, and routing the transaction for authorization with the issuing bank. After the issuer authorizes the charge, Adyen returns the authorization response to the McDonald's POS system, enabling McDonald's to complete the transaction*

---------------------------------------------------------------------------------------------------------

McDonald's have chosen Adyen, a flourishing payment platform, to boost their cross-border transactions on grounds of the huge benefits it brings back.

*Source: https://www.magestore.com/blog/adyen-pos/*

Adyen NV announced late Wednesday an expansion of its agreement to process mobile-app transactions for McDonald's Corp. to include the United States.

As part the deal, **Adyen** will enable consumers enrolled in McDonald's loyalty program to pay with their saved payment method on the McDonald's **mobile app** at the front counter,

> Adyen payment platform processes mobile app transactions and enables users to pay using their saved payment methods.

*Source: https://www.digitaltransactions.net/adyen-expands-its-relationship-with-mcdonalds-to-the-u-s-market/*

# Adyen and McDonald's expand mobile app partnership to the U.S

McDonald's has always focused on serving customers, and that includes offering their preferred payment methods with Adyen in several markets across the globe. For example, loyalty customers are able to pay with their saved payment method on the McDonald's mobile app at the front counter, kiosk, or drive-thru using a four-digit code which provides convenience and supports operational speed.

*Source: https://www.adyen.com/press-and-media/adyen-and-mcdonalds-expand-mobile-app-partnership-to-the-us*

24

# Adyen Expands Its Relationship With McDonald's to The U.S. Market

Adyen NV announced late Wednesday an expansion of its agreement to process mobile-app transactions for McDonald's Corp. to include the United States. Adyen has processed payments from mobile apps for the global restaurant chain in the United Kingdom since 2020.

As part the deal, **Adyen** will enable consumers enrolled in McDonald's loyalty program to pay with their saved payment method on the McDonald's **mobile app** at the front counter

*Adyen platform enables users to pay using a saved/registered payment method (link with apple wallet) on the McDonald App*

*Source: https://www.digitaltransactions.net/adyen-expands-its-relationship-with-mcdonalds-to-the-u-s-market/*

# McDonald's taps Adyen for mobile payments

Foodservice retailer McDonald's has selected payments platform provider Adyen for mobile payments in all its worldwide markets.

The Adyen payments platform connects directly to Visa, Mastercard and other consumer-preferred payment methods.

*Adyen for mobile payments*

Adyen's platform is expected to simplify and scale up payments via a single integration.

*Source: https://www.electronicpaymentsinternational.com/news/mcdonalds-taps-adyen-mobile-payments/*

Making payments with network tokens has important benefits:

*Adoption of EMVCo Standards*

- Minimal integration efforts for adopting EMVCo's network token standards ⧉.
- Better payment security because each transaction is protected with a single-use cryptogram.

*Source: https://docs.adyen.com/online-payments/network-tokenization*

25

 **Decrypt Apple Pay tokens**

Learn how to decrypt Apple Pay tokens.

*Adyen payment platform used by McDonald's for decryption-related processing.*

An Apple Pay token contains encrypted data of a transaction performed with Apple Pay. Apple Pay tokens enable you to securely pass the data of your shoppers to a payment service provider, like Adyen.

*Source: https://docs.adyen.com/payment-methods/apple-pay/api-only/apple-pay-token-decryption*

This page explains how to implement a feature to securely reveal card details in your user interface, such as:

- Card verification code (CVC)
- Expiration date
- Primary account number (PAN)

To reveal the card details in your user interface, you must first get the card details data from Adyen. To securely request the data, you use a base64-encoded RSA public key and an Advanced Encryption Standard (AES) key to generate an encrypted session key.

*Adyen's role in secure transaction processing includes performing a decryption step to recover the original information for processing and completing the purchase.*

Use the session key to request Adyen to reveal the card details. This response contains the encrypted card data assigned to the Adyen-issued card. You must extract the data from the decrypted response and then reveal them to the cardholder in your interface.

*Source:  https://docs.adyen.com/issuing/manage-card-data/reveal-card-details*

26



# Pre-authorization and authorization adjustment

Pre-authorize a payment, adjust the authorized amount, and capture the payment.

In a basic payment flow, the payable amount from your payment request is authorized and then captured. But sometimes you want to change the amount or extend the length of the authorization. Using the authorization type **pre-authorization** for your payment request, you can increase or decrease the authorized amount at a later stage, and then capture the payment manually. Changes to pre-authorized payment are called "authorization adjustments".

*Source: https://docs.adyen.com/point-of-sale/pre-authorisation*

 **Payment authorisation**

Learn about the payment authorisation flow and how you can control payment approvals

For security and compliance reasons, Adyen must authorise any payment made with an Adyen-issued card. When a cardholder attempts a payment, Adyen receives a payment request that starts a payment authorisation flow. This flow results in the payment being approved or refused.

As part of the flow, we perform internal checks and validations to ensure that the transaction is legitimate. Additionally, we can perform custom verifications created by you. This helps you control the types of transactions that your cardholders can make. You can do this by configuring transaction rules or relayed authorisation.

*Source: https://docs.adyen.com/issuing/authorisation*

# McDonald's Partners With Adyen to Launch Mobile Payments Tech Worldwide

McDonald's has struck a deal with international payments platform Adyen NV, which will receive and process payments made in the chain's mobile app, according to a press release from Adyen.
Adyen's technology makes it easy to add payment methods and onboard franchisees, McDonald's can, in theory at least, more quickly roll out a consistent order and pay experience across the globe.

*Source: https://thespoon.tech/mcdonalds-partners-with-adyen-to-launch-mobile-payments-tech-worldwide/*

28



*Source: https://docs.adyen.com/issuing/manage-card-data/reveal-card-details/*



*Source:* *http://support.worldpay.com/support/CNP-API/content/merchdecryptapple.htm*

While keeping a finger on Touch ID, iPhone 6 and iPhone 6 Plus users simply hold their devices near the contactless NFC reader to make a payment at front counters and drive-thrus at virtually all of McDonald's 14,000-plus restaurants in the U.S. starting in October. Users' payments will be charged to their credit or debit card on file from their iTunes Store account.

*Source:* *https://www.potatopro.com/nl/news/2014/mcdonalds-announces-apple-pay-coming-all-us-restaurants*

| | |
|---|---|
| | **Apple Pay (Decrypted Payload)**<br><br>This documentation provides instructions for making a payment using decrypted data obtained from an Apple Pay payload.<br><br>This document assumes that you have access to the decrypted data from the Apple Pay payload.<br><br>**Step 1: Obtain Decrypted Data**<br>Ensure that you have decrypted data from the Apple Pay payload, which should include the necessary card information.<br><br>**Step 2: Format the Decrypted Data**<br>The decrypted data must be structured in a JSON format, containing the following key information:<br><br>**applicationPrimaryAccountNumber:** The primary account number of the card.<br><br>**applicationExpirationDate:** The expiration date of the card.<br><br>**cardholderName:** The name of the cardholder.<br><br>**paymentData:** A nested object that includes the onlinePaymentCryptogram and eciIndicator.<br><br>**currencyCode:** The currency code associated with the transaction.<br><br>**transactionAmount:** The amount of the transaction in the specified currency.<br><br>**deviceManufacturerIdentifier:** A unique identifier for the device manufacturer involved in the transaction.<br><br>**paymentDataType:** The type of payment data, such as "3DSecure" for 3D Secure transactions.<br><br>*Decrypts the encrypted payment data to obtain the payment card data for processing.*<br><br>*Note:*  Excerpt discloses decrypting the encrypted data and de-tokenizing it to obtain the payment card data including primary account number ('identification data').<br><br>*Source:*  *https://developers.tap.company/docs/apple-pay-decrypted-payload* |
| [15.3.]  displaying a successful communication acknowledged by the server on the display of the electronic device. | As used by each McDonald's restaurant, the accused instrumentality displays a successful communication acknowledgment from the server on the electronic device's display.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example: as used by a given McDonald's restaurant to facilitate a payment, the McDonald's application displays a payment-processing or transaction-confirmation message on the device screen. |

31

Please make sure you are connected to the internet through Wi-Fi or cellular data. If you chose Drive Thru for your order and your order number is not recognize the code on your confirmation screen to a restaurant crew member.

*Source: https://www.mcdonalds.com/us/en-us/contact-us/help-center/mobile-ordering.html*

The app displays a 'processing payment' message when this is being confirmed.

*Source:   https://mcdonalds.com.au/mobile-ordering-faqs*

You will be charged as soon as you click on 'Pay now'. You will receive a payment notification on your email registered on the McDonald's App.

*Source:   https://www.mcdonalds.com/gb/en-gb/good-to-know/in-our-restaurants/app-faq.html*

To use Apple Pay at McDonald's, tell the cashier that you will use Apple Pay once you are at checkout, and bring your phone next to the NFC card reader to complete the payment process. If the payment goes successfully, you will hear a confirmation message displayed on the screen.

*Source: https://www.shopfood.com/4089853/mcdonalds-takes-apple-pay-and-heres-how-to-use-it/*

32