**UNITED STATES PATENT NO. 10,623,392**

| US 10623392 | McDonald's Contactless Payment System (The accused instrumentality) |
|---|---|
| [1.P] A method of transmitting information between a radio frequency identification (RFID) tag and a server, said method comprising the steps of: | Each McDonald's restaurant utilizes the accused instrumentality (McDonalds Contactless Payment System) to facilitate payment, in which case the instrumentality performs a method of transmitting information between a radio frequency identification (RFID) tag and a server.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, the McDonald's Contactless Payment System provides the McDonald's mobile application (hereinafter referred to as 'application'), which is available for download on devices, such as smartphones and watches (e.g., iOS devices) (serves as an "RFID tag" and hereinafter referred to as the 'Device(s)') to facilitate purchase transactions. The McDonalds application enables payments through tap-to-pay functionality using Near Field Communication (NFC) technology, a subset of Radio Frequency Identification (RFID) adapted for contactless payments. The Device (executing the McDonalds application) transmits payment information between the Device and a server to enable secure transaction processing.<br><br>Serves as an RFID tag. https://palospublishing.com/the-role-of-mcdonalds-in-advancing-digital-payments-in-fast-food/<br>Contactless payment technology allows customers to pay for their meals by simply tapping their cards or smartphones on a payment terminal. This technology, which relies on Near Field Communication (NFC) McDonald's rolled out contactless payment options in many of its smartphones, smartwatches, or contactless-enabled credit and debit cards for payments.<br><br>*Note:* *Excerpt discloses the McDonald's NFC payment system in which the smartphone serves as, or comprises, an RFID tag.*<br><br>*Source: https://palospublishing.com/the-role-of-mcdonalds-in-advancing-digital-payments-in-fast-food/* |



Near Field Communication (NFC) technology, a subset of Radio Frequency Identification (RFID) adapted for contactless payments

*Source:   https://www.retailtouchpoints.com/features/retail-success-stories/mcdonald-s-rolls-out-mobile-payment-in-u-s-locations*



iPhone device (which comprises an RFID tag)

*Source:* *https://thefoodxp.com/does-mcdonalds-take-apple-pay/*

Device (comprises an RFID tag)

Apple Pay is available only on Apple devices including iPhones, iPads, Apple Watches and Macs. To use it, you will need to set up Apple Pay by navigating to Apple Wallet on your Apple device and inputting at least one credit or debit card.

*Source:* *https://www.gobankingrates.com/banking/technology/does-mcdonalds-take-apple-pay/*

Leverage NFC based payment system

**McDonald's** sees accepting NFC mobile payments as part of its on-going customer service improvement remit, the fast food giant's Anja Carroll has told NFC World+. "We can accept all payment products that leverage standard NFC and we prefer to allow our customers to choose how they prefer to pay," she explained.

**Note:** *McDonald's NFC-based payment system (a subset of RFID)*

*Source:* *https://www.nfcw.com/2014/11/13/332602/mcdonalds-mobile-payments-let-customers-choose/*



**Note:** *Excerpt shows that a smartphone utilizes NFC, a subset of RFID, to transmit data between the device (serving as an RFID tag) and a server.*

*Source: https://onlinelibrary.wiley.com/doi/10.1155/2016/5046284*

Transmitting information between a phone (RFID tag) and a server

Yes, the McDonald's app, developed by a global corporation, is built with standard security measures in place to protect user data and transactions. They use encryption to safeguard your information as it travels between your phone and their servers.

*Excerpt explicitly discloses how McDonald's contactless payment system involves transmitting information between a phone (i.e., the RFID tag) and its servers*

*Source: https://eathealthy365.com/your-ultimate-guide-to-mcdonald-s-app-security-safety/*

# McDonald's CIO on Why It's Supporting Apple Pay

McDonald's tested Apple Pay at its Point of Sale(PoS) lab in Oak Brook, Ill., and the results earned a green light.
"We've done full end-to-end testing that included folks from McDonald's and Apple,"
McDonald's has had NFC-enabled PoS terminals in its stores for more than two years,
Customers can already use the terminals to pay with MasterCard's PayPass, **Visa payWave** and other contactless payment systems. The existing hardware and software will now support Apple Pay.

McDonald's executives believe its customers, particularly younger ones,will quickly embrace Apple Pay.
And with smartphone use practically ubiquitous in the United States,

*Source: https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html*

## Which merchants are already compatible with Apple Pay?

There are already over 220,000 retailers that are compatible with Apple Pay, including McDonald's

*Source: https://www.cnet.com/tech/mobile/everything-you-want-to-know-about-apple-pay/*



*Source:* *https://www.hungrimind.com/articles/flutter-apple-pay*

McDonald's does take Apple pay. It accepts Apple Pay in all the outlets in the U.S.A. You can pay for your orders on the website, mobile app, or drive-thru. All you have to do is add your bank cards to the Apple Pay wallet and make easy payments at McDonald's outlets.

*Source:* *https://thefoodxp.com/does-mcdonalds-take-apple-pay/*

| [1.1] determining, by said RFID tag, an encryption key based | When a McDonald's restaurant uses the accused instrumentality to perform a payment-related transaction, said transaction involves determining, by said RFID tag, an encryption key based on a communication received from an RFID reader after said RFID tag is activated. |
|---|---|

| | |
|---|---|
| on a communication received from an RFID reader after said RFID tag is activated; | This element is met literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, to initiate a purchase transaction at a merchant point-of-sale (POS) terminal (which functions as an "RFID reader"), the user opens the McDonald's application, and, to utilize Apple Pay option for contactless payment, the user is required to provide biometric authentication, such as a fingerprint, or a device password, thereby activating the user device (corresponding to activation of the "RFID tag").<br><br>Further, during the transaction, the user device responds to an Unpredictable Number (UN) received from the POS terminal (i.e., "based on a communication received from an RFID reader") and determines a session key (SKAC) that serves as an encryption key. The session key is unique to each purchase transaction and is generated using a Master Key (MKAC), an Application Transaction Counter (ATC), and the UN.<br><br>Providing biometric (herein referred to as the RFID Tag activation process)<br><br> https://eathealthy365.com/a-deep-dive-into-mcdonald-s-2025-safety-protocols/<br><br>**Biometric Login:** The app now fully supports Face ID and fingerprint scanning for login, making it faster for you and much harder for an unauthorized person to access your account, even if they know your password.<br><br>**Tokenization for Payments:** This is a big one. When you add your credit card to the app, the actual card number isn't stored on McDonald's servers. Instead, it's replaced with a unique, encrypted "token." If McDonald's were ever to have a data breach, the hackers would only get a list of useless tokens, not your actual credit card details.<br><br>*Source: https://eathealthy365.com/a-deep-dive-into-mcdonald-s-2025-safety-protocols/* |

Firstly, you can only pay with Apple Pay after authorization, either via Face ID or Touch ID or by entering a password. To protect your card information, Apple Pay generates an individual code for every transaction. Additionally, Apple doesn't store any card details on servers, ensuring your privacy.

<span style="color:red">Providing biometric information, such as Touch ID or Face ID (hereinafter referred to as the RFID tag activation process).</span>

*__Note__:*   *McDonald's herein specifies the required payment steps and dictates the manner in which those steps are performed, such as the authorization step performed by providing biometric information (RFID activation process).*

*Source: https://rates.fm/payment-systems/how-to-use-apple-pay-at-mcdonalds/*

------------------------------------------------------------------------------------------------------------------------

*Excerpt below discloses that McDonald's conditions completion of a contactless transaction on steps performed by the customer's Apple device and digital wallet (e.g., Apple Pay), thereby rendering those steps attributable to McDonald's. The steps required to complete the contactless payment include, for example, an authorization step and initiation of the transaction via McDonald's NP6 POS terminal or mobile application, in accordance with EMVCo-mandated payment flows.*

------------------------------------------------------------------------------------------------------------------------

# McDonald's US to accept Apple Pay from October

**posted on 15th September 2014**

14,000 McDonald's restaurants across the US will be among the first to accept Apple's phone-payment platform when it is launched in October. The system is available on the latest iPhone 6 and Apple Watch products.

Restaurant companies will be among the first merchants to integrate Apple Pay, a phone-payment platform that Apple Inc. unveiled Tuesday. Apple said that the platform will launch in October at such restaurants brands as Panera Bread and Starbucks, and it is planning a rollout at Subway.

*Source: https://franchise.co.nz/franchise-news/1163*

## In-Store Transactions

1. **Activate Apple Pay:** Double-click the side button on your iPhone or Apple Watch.

2. **Hold Near Reader:** Position your device near the contactless payment terminal.

3. **Authenticate Payment:** Use Face ID, Touch ID, or your device passcode. — Providing biometric data (e.g., a fingerprint) or entering a unique password into the device triggers activation of the RFID tag (referred to as 'RFID Tag Activation')

4. **Confirmation:** Listen for a beep or see the "Done" message on your screen to confirm payment.

*Source: https://www.linkedin.com/pulse/does-mcdonalds-take-apple-pay-best-money-topics-ptbac/*

Initiates a purchase transaction at a McDonald's NP6 POS terminal (which serves as an RFID reader)

**McDonald's uses a specialized, proprietary POS system called NewPOS, or McDonald's NP6.** McDonald's POS system operates across different service channels– be it dine-in, drive-thru, or mobile orders.

*Source: https://koronapos.com/blog/mcdonalds-pos-system/*

**Quick service restaurants migrating to EMV acceptance:**

McDonald's complies with the EMVCo standard.

McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables

*Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016*

Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

*Source:  https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

<u>**Note**</u>:  *Excerpts shows how McDonald's conditions participation in and completion of the contactless payment transaction on compliance with this EMVCo-based transaction flow.*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."

McDonald's has been a long-time proponent of contactless technologies at the point of sale.

**Integration of EMVCo-Mandated Payment Transaction Flows**

*Note:* *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*

*Source:https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

**Communication received from the terminal (i.e., RFID reader)**

During a transaction the cardholder's payment device responds to an unpredictable number from the terminal to create two types of cryptograms: an offline cryptogram that can be verified locally by the terminal, and an online cryptogram that can be verified remotely by the issuer.

*Source:https://www.emvco.com/wp-content/uploads/2025/05/EMVCo_Cybersecurity_QRG_MAY25_FINAL-TAGGED.pdf*

**Session Key**

The Session key function derives a 16-byte Application Cryptogram Session Key SKAC from the ICC Application Cryptogram Master Key MKAC and the 2-byte Application Transaction Counter (ATC) of the ICC. The Master key should be provided in dual or triple length and initial vector (IV) is expected to be 64 bytes long (32 hexadecimal characters). Its value 32×0 is considered to be secure as following key derivation is cryptographic process strong enough not to be inflicted by it. Branch factor and height are mandatory values and their default values are 4 for branch factor and 8 for height. ATC value stands for application transaction counter and is usually lodged on a chip and accepts hexadecimal values from '0000' to 'FFFF'. Final handler also provides an option to force a parity on a final session key generated. The Odd parity is selected as default.

EMV Cryptography: Session key derivation finished
*******************************************

| | |
|---|---|
| Master key: | 0123456789ABCDEF0123456789ABCDEF |
| Initial vector: | 00000000000000000000000000000000 |
| Branch factor: | 4 |
| Height: | 8 |
| ATC: | 0001 |
| Key parity: | Right odd |

Deriving a session key (SKAC), which serves as an encryption key. This session key is unique for each purchase transaction and is generated using the Master Key (MKAC), the Application Transaction Counter (ATC), and the UN.

*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*

AC generation consists of deriving a 16-byte Session Key SKAC from the ICC Application Cryptogram Master Key MKAC using the 2-byte Application Transaction Counter (ATC) of the ICC and a 4-byte terminal Unpredictable Number (UN).

EMV Cryptography: MasterCard Session key derivation finished
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UDK: C86ED652D5C2CBA21FC175191A5DCBCD
ATC: 0001
Unpredictable nr.: 30901B6A

———————————-

Session key: 45C44343B64A58B3BF8046F75D943BEA
KCV: 31C65D

*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*

Session key (which serves as an encryption key)



*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*

**HOW IS CRYPTOGRAM GENERATED**

Upon receiving cryptogram generation request along with the data from the terminal, Chip (ICC) generates 8-byte Application Cryptogram using Application Cryptogram Master Key (MKAC). Chip performs below actions in-order to generate Application Cryptogram (AC).

1) A session key (SKAC) is generated Using MKAC & ATC**. Session key is unique for each transaction.

2) Generates Application Cryptogram using the session key and the data by applying 3DES or AES.

** Using of ATC in session key generation is subjected to the method / algorithm used for generation of session key.

*Source: https://mycardpaymentblog.wordpress.com/2020/05/11/emv-cryptogram-arqc-explained/*

| [1.2] encrypting, by said RFID tag according to a predetermined scheme and the encryption key, identification data identifying said RFID tag, to result in | When a McDonald's restaurant uses the accused instrumentality to facilitate a payment transaction, the accused instrumentality encrypts, by said RFID tag according to a predetermined scheme and the encryption key, identification data identifying said RFID tag, to result in encrypted RFID information.

This element is met literally, or in the alternative, under the doctrine of equivalents.

For example: When a user registers a payment card in the McDonald's application on the user's device, McDonald's employs device-specific tokenization, whereby a device-specific token (serving as "identification data") is generated, cryptographically bound to the device, and stored on the device in place of sensitive card information. This token is unique |

| | |
|---|---|
| encrypted RFID information; | to the user's device and non-transferable, and is required to identify the device and securely complete a purchase transaction at McDonald's POS terminal.<br><br>During a payment transaction, the user device and the POS terminal determine a session key (serving as "the encryption key") and generates a cryptogram (serving as "encrypted RFID information") using the token, an Application Transaction Counter (ATC), and a secret key, in accordance with EMVCo-compliant tokenization and cryptographic rules (serving as "a predetermined scheme").<br><br>User registers a payment card in the McDonald's application on their device (which comprises an RFID tag).<br><br>If you have an iOS device, and your card is registered to your Apple Wallet, Apple Pay will automatically display as a payment option within the McDonald's app.<br><br>*Source: https://www.mcdonalds.com/us/en-us/mcdonalds-app/faqen.html*<br><br>Yes, the payment system within the McDonald's app is built with security as a core feature. As mentioned above, its primary defense is tokenization. Your actual credit card information is not stored on your phone or on most of McDonald's primary servers. It's sent once to a secure payment vault, which then provides a token to the app for all future transactions.<br><br>Device-specific token ("identification data"), is generated and stored on the user's device<br><br>*Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/* |



*Excerpts illustrates payment card is registered with the Apple Wallet to enable contactless payment.*
*Source: https://insiderbits.com/how-to/how-to-pay-at-mcdonalds-using-applepay/*

### How does McDonald's protect my payment information?

McDonald's uses a combination of several key security technologies and standards to safeguard your data:

*Device-specific unique token is generated and replaces the sensitive card details.*

- **Tokenization:** This is the gold standard for payment security. When you add your card to the McDonald's app or use a mobile wallet like Apple Pay, your 16-digit card number is replaced with a unique, randomly generated set of numbers called a "token." This token is what's used to process payments. If a data breach were to occur, the stolen tokens would be useless to hackers as they cannot be reverse-engineered back to your actual card number.

- **Encryption:** When data is in transit—for example, from the payment terminal to the payment processor's servers—it is encrypted. This scrambles the information, making it unreadable to anyone who might intercept it.

*Source: https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

### Quick service restaurants migrating to EMV acceptance:

*McDonald's complies with the EMVCo standard.*

McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables

*Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016*

Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

*Source:* *https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."

McDonald's has been a long-time proponent of contactless technologies at the point of sale.

**Integration of EMVCo-Mandated Payment Transaction Flows**

*Note:* *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*

*Source:* *https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

*Note:* *Excerpts shows how McDonald's conditions participation in and completion of the contactless payment transaction on compliance with this EMVCo-based transaction flow.*

EMV payment tokens are open-loop tokens provisioned by a TSP and, like other tokens, are used to replace the actual payment credential (e.g., PAN) with another numeric value.  Payment tokens may vary depending on implementation, but typically there is a unique token for each device, which bears no resemblance to the PAN (e.g., the final four digits do not match).  They are used both for proximity contactless EMV transactions and, in some cases, for in-app transactions (e.g., Apple Pay).  The same token value is used across all merchants.

Because tokens are typically unique to a device and channel, a single PAN can be represented by many tokens.  For example, suppose Joe and Betty Smith share a credit card.  That card can be represented by the following different tokens:

|  | *Source:*    *https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*<br><br>EMV Payment Tokenisation enhances in-store, e-commerce and remote payment security by removing the most valuable data to a fraudster, *the primary account number (PAN)*, and replacing it with a unique alternative value, *the EMV Payment Token*. Importantly, an EMV Payment Token is constrained in how it can be used. For example, to a specific merchant, device or payment scenario.<br><br>*Source: https://www.emvco.com/emv-technologies/payment-tokenisation/*<br><br>**Cryptogram**: A unique, one-time-use encrypted code generated during a tokenized payment to authenticate and secure the transaction.<br>*Source: https://www.linkedin.com/pulse/tokenisation-deeper-dive-shubham-vats-cxluf/* |

**Session Key**

The Session key function derives a 16-byte Application Cryptogram Session Key SKAC from the ICC Application Cryptogram Master Key MKAC and the 2-byte Application Transaction Counter (ATC) of the ICC. The Master key should be provided in dual or triple length and initial vector (IV) is expected to be 64 bytes long (32 hexadecimal characters). Its value 32×0 is considered to be secure as following key derivation is cryptographic process strong enough not to be inflicted by it. Branch factor and height are mandatory values and their default values are 4 for branch factor and 8 for height. ATC value stands for application transaction counter and is usually lodged on a chip and accepts hexadecimal values from '0000' to 'FFFF'. Final handler also provides an option to force a parity on a final session key generated. The Odd parity is selected as default.

```
EMV Cryptography: Session key derivation finished
*******************************************
Master key:      0123456789ABCDEF0123456789ABCDEF
Initial vector:  00000000000000000000000000000000
Branch factor:   4
Height:          8
ATC:             0001
Key parity:      Right odd
_____
Key generated:   022551C4FDF76E45988089BA31DC077C
KCV:             14B1CA
```

Determines the session key (serves as "the encryption key"), which, along with other data such as the token, ATC, and a secret key, is used to generate a cryptogram

*Source:  https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*

AC generation consists of deriving a 16-byte Session Key SKAC from the ICC Application Cryptogram Master Key MKAC using the 2-byte Application Transaction Counter (ATC) of the ICC and a 4-byte terminal Unpredictable Number (UN).

EMV Cryptography: MasterCard Session key derivation finished
*****************************************
UDK: C86ED652D5C2CBA21FC175191A5DCBCD
ATC: 0001
Unpredictable nr.: 30901B6A

———————————-
Session key: 45C44343B64A58B3BF8046F75D943BEA
KCV: 31C65D

*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*



*Source: https://www.eftlab.com/tutorials/cryptographic-calculator-emv-menu*



*Source:      https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*

**HOW IS CRYPTOGRAM GENERATED**

Upon receiving cryptogram generation request along with the data from the terminal, Chip (ICC) generates 8-byte Application Cryptogram using Application Cryptogram Master Key (MKAC). Chip performs below actions in-order to generate Application Cryptogram (AC).

1) A session key (SKAC) is generated Using MKAC & ATC**. Session key is unique for each transaction.

2) Generates Application Cryptogram using the session key and the data by applying 3DES or AES.

** Using of ATC in session key generation is subjected to the method / algorithm used for generation of session key.

Cryptogram is computed according to EMVCo-compliant tokenization

*Source: https://mycardpaymentblog.wordpress.com/2020/05/11/emv-cryptogram-arqc-explained/*

However, EMV recommends below set of data elements to be included in generation of the cryptogram:

- Transaction amount
- Terminal country code
- Terminal Verification Results
- Transaction currency code
- Transaction date
- Transaction type
- Unpredictable Number
- Application Interchange Profile
- Application Transaction Counter

Source: *https://mycardpaymentblog.wordpress.com/2020/05/11/emv-cryptogram-arqc-explained/*

The cryptogram is created using several inputs, which may include:

- The token (Device Account Number or Digitised PAN)

- A device-specific key

- Transaction-specific data (like the amount)

- A counter or timestamp to ensure uniqueness

Source: *https://docs.dennisokeeffe.com/fintech/Tokenisation-and-Encryption-in-Digital-Payments*

**Token Cryptogram**. A cryptogram, containing a transaction-unique value, typically generated using the payment token, payment-token-related data, and transaction data. Cryptogram derivation methods may vary by scenario and may be payment system specific.

*Source:https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*

## 2.3  Security in the Tokenization Process

Various measures provide security during the tokenization process.

### 2.3.1  Cryptography

Cryptography protects information by transforming it into a format only readable by authorized entities. Cryptography is often used to secure sensitive information, such as a PIN, or to authenticate an entity, such as an issuer or cardholder.

### 2.3.2  Token Cryptogram

Each transaction cryptographically generates a value that is unique to the transaction. This value is requested by the token requestor from the TSP, returned to the requestor, and used by the merchant in transaction processing.

*Source:https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*

| | |
|---|---|
| [1.3] reading, by said RFID reader, said encrypted RFID information from said RFID tag; | When used by a McDonald's restaurant to facilitate a payment transaction,  the accused instrumentality reads, by said RFID reader, said encrypted RFID information from said RFID tag.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents. |

McDonald's authenticates a purchase transaction by requiring a contactless, EMVCo-compliant payment flow in which the user taps their device, serving as an "RFID tag," on McDonald's POS terminal, serving as an "RFID reader." Upon the tap, the POS terminal reads a cryptogram (serving as "encrypted RFID information") transmitted from the user's device via NFC.



User taps their device (serves as the "RFID Tag") on the merchant POS Terminal (serves as an "RFID reader")

Softcard uses contactless EMV global standards and SmartTap mobile commerce technology

Source: https://www.nfcw.com/2014/11/13/332602/mcdonalds-mobile-payments-let-customers-choose/

**Quick service restaurants migrating to EMV acceptance**: McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables

McDonald's complies with the EMVCo standard.

Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016

Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

*Source:* *https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication."

McDonald's has been a long-time proponent of contactless technologies at the point of sale.

Integration of EMVCo-Mandated Payment Transaction Flows

*Note:* *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*

*Source:* *https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

## 2.3 Security in the Tokenization Process

Various measures provide security during the tokenization process.

Encrypted RFID information

### 2.3.1 Cryptography

Cryptography protects information by transforming it into a format only readable by authorized entities. Cryptography is often used to secure sensitive information, such as a PIN, or to authenticate an entity, such as an issuer or cardholder.

### 2.3.2 Token Cryptogram

Each transaction cryptographically generates a value that is unique to the transaction. This value is requested by the token requestor from the TSP, returned to the requestor, and used by the merchant in transaction processing.

*Source: https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*

## What is EMV Payment Tokenisation?

Reducing the value and limiting the use of stolen or compromised payments information is critical to protecting consumers and businesses from malicious financial attacks. Merchants and payment card issuers use EMV Payment Tokenisation to increase protection of payment data throughout a transaction.

*Source: https://www.emvco.com/emv-technologies/payment-tokenisation/*

Adding a credit card is generally safe, as the app uses tokenization. This technology replaces your actual card number with a unique, randomly generated set of numbers (a "token") for processing payments. So, McDonald's servers don't store your raw credit card details, which significantly reduces the risk if they were ever to have a data breach.

*Source: https://eathealthy365.com/your-ultimate-guide-to-mcdonald-s-app-security-safety/*

**Cryptogram:** A unique, one-time-use encrypted code generated during a tokenized payment to authenticate and secure the transaction.

*Source: https://www.linkedin.com/pulse/tokenisation-deeper-dive-shubham-vats-cxluf/*

Terminal reads the encrypted RFID information

**EXAMPLE:**
A customer buying a $62 throw pillow taps their Apple Pay-enabled iPhone. The terminal reads the token

*Source:  https://theretailexec.com/payment-processing/how-tap-to-pay-works/*



The terminal reads the tokenized payment card data.

McDonalds Contactless Payments

*Source:* *https://www.youtube.com/watch?v=vJ3IQMGvGcw*

| [1.4] transmitting, from said RFID reader to said server, a transmission, wherein said transmission includes said encrypted RFID information; and | When a McDonald's restaurant utilizes the accused instrumentality for a payment-related transaction, it transmits, from said RFID reader to said server, a transmission, wherein said transmission includes said encrypted RFID information. |
| :-- | :-- |
| | This element is infringed literally, or in the alternative, under the doctrine of equivalents. |
| | For example, after receiving the cryptogram, the POS terminal transmits it ("transmission includes said encrypted RFID information"), along with other transaction metadata, such as the ATC, terminal ID, and merchant data, to the server to authenticate the payment transaction. |



*Excerpt illustrates the transaction flow via ecommerce server (interpreted as McDonald Server)*

*Source:*
*https://www.facebook.com/photo/?fbid=531622522959862&set=gm.1981773598935339&idorvanity=1110372669408774*

**Cryptogram**: A unique, one-time-use encrypted code generated during a tokenized payment to authenticate and secure the transaction.

*Source: https://www.linkedin.com/pulse/tokenisation-deeper-dive-shubham-vats-cxluf/*

**Quick service restaurants migrating to EMV acceptance:**

McDonald's has already begun migrating to EMV. Once McDonald's streamlines its transaction flow to align with its emphasis on speed, other restaurants may follow suit. EMV terminals may even be implemented right at dining tables

McDonald's complies with the EMVCo standard.

*Source: https://blog.flexcutech.com/blog/watch-for-these-5-emv-trends-in-2016*

Their terminals are EMV-compliant, which means they are designed for the more secure "chip" cards. The move to widespread NFC and mobile wallet acceptance further enhances security, as these methods often use tokenization to mask your real card details.

*Source:  https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

"As the leading global foodservice retailer, McDonald's already has a great deal of experience with chip technology, including in the U.S. where we have deployed contactless chip terminals to help us serve our customers even faster," said Dave Weick, CIO for McDonald's Corp., in the announcement. "We're pleased that Visa has provided a roadmap that will allow us to move towards the next generation of payment technology, while at the same time take advantage of the security benefits of EMV chip and dynamic authentication." McDonald's has been a long-time proponent of contactless technologies at the point of sale.

Integration of EMVCo-Mandated Payment Transaction Flows

*Note:* *Excerpts demonstrate that McDonald's conditions participation in and completion of a contactless payment transaction on compliance with the EMVCo-based transaction flow.*

*Source:https://www.retailcustomerexperience.com/articles/visa-to-push-emv-in-us-to-encourage-mobile-payment-adoption-2/*

## 2.3  Security in the Tokenization Process

Various measures provide security during the tokenization process.

### 2.3.1  Cryptography

Cryptography protects information by transforming it into a format only readable by authorized entities. Cryptography is often used to secure sensitive information, such as a PIN, or to authenticate an entity, such as an issuer or cardholder.

### 2.3.2  Token Cryptogram

Each transaction cryptographically generates a value that is unique to the transaction.  This value is requested by the token requestor from the TSP, returned to the requestor, and used by the merchant in transaction processing.

*Source:    https://www.uspaymentsforum.org/wp-content/uploads/2019/06/EMV-Payment-Tokenization-Primer-Lessons-Learned-FINAL-June-2019.pdf*

## What is EMV Payment Tokenisation?

Reducing the value and limiting the use of stolen or compromised payments information is critical to protecting consumers and businesses from malicious financial attacks. Merchants and payment card issuers use EMV Payment Tokenisation to increase protection of payment data throughout a transaction.

Source: https://www.emvco.com/emv-technologies/payment-tokenisation/

McDonald's uses a combination of several key security technologies and standards to safeguard your data:

- **Tokenization:** This is the gold standard for payment security. When you add your card to the McDonald's app or use a mobile wallet like Apple Pay, your 16-digit card number is replaced with a unique, randomly generated set of numbers called a "token." This token is what's used to process payments. If a data breach were to occur, the stolen tokens would be useless to hackers as they cannot be reverse-engineered back to your actual card number.

- **Encryption:** When data is in transit—for example, from the payment terminal to the payment processor's servers—it is encrypted. This scrambles the information, making it unreadable to anyone who might intercept it.

*Transmits the encrypted RFID information from the terminal to the server*

*Source:* *https://eathealthy365.com/mcdonald-s-payment-methods-a-2025-tech-deep-dive/*

*Transmit the tokenized data from terminal to payment processor's server.*

**Encrypt Transmitted Data:** Whenever cardholder data is transmitted over open, public networks, it must be encrypted to prevent interception by malicious actors. This applies to data transmitted between point-of-sale (POS) terminals and payment processors, as well as data transmitted between different locations within an organization's network.

*Source:* *https://www.sisainfosec.com/blogs/what-is-pci-dss-compliance-definition-importance-requirements/*

| | |
|---|---|
| [1.5] decrypting, by said server according to said predetermined scheme, said encrypted RFID | When a McDonald's restaurant utilizes the accused instrumentality in a payment transaction,, it decrypts, by said server according to said predetermined scheme, said encrypted RFID information to produce said identification data.<br><br>This element is met literally, or in the alternative, under the doctrine of equivalents. |

| | |
|---|---|
| information to produce said identification data. | The servers, including a merchant server and Apple Pay servers, participate in a decryption process to forward the data to Adyen payment platform and a token service provider and subsequently to an issuer, wherein the token service provider detokenizes the data and the issuer matches the record to approve or decline the transaction. <br><br>  <br><br> *Source: https://www.nfcw.com/2014/11/13/332602/mcdonalds-mobile-payments-let-customers-choose/* <br><br> ## McDonald's CIO on Why It's Supporting Apple Pay <br><br> McDonald's tested Apple Pay at its Point of Sale(PoS) lab in Oak Brook, Ill., and the results earned a green light. <br>"We've done full end-to-end testing that included folks from McDonald's and Apple," <br>McDonald's has had NFC-enabled PoS terminals in its stores for more than two years, <br>Customers can already use the terminals to pay with MasterCard's PayPass, **Visa payWave** and other contactless payment systems. The existing hardware and software will now support Apple Pay. <br><br> McDonald's executives believe its customers, particularly younger ones, will quickly embrace Apple Pay. <br>And with smartphone use practically ubiquitous in the United States, <br><br> *Source: https://www.cio.com/article/250656/mcdonalds-cio-on-why-its-supporting-apple-pay-on-launch-day.html* |



*Source:*  *http://support.worldpay.com/support/CNP-API/content/merchdecryptapple.htm*

The McDonald's app and Apple Pay work together flawlessly to enable swift online ordering.

*Excerpt discloses McDonald's operations with Apple Pay.*
*Source:*  *https://rates.fm/payment-systems/how-to-use-apple-pay-at-mcdonalds/*



*Excerpt discloses validation performed by third-party servers (e.g., Apple Pay servers) involving the merchant server (e.g., McDonald's server).*

*Source:  https://developer.apple.com/videos/play/tech-talks/111381/*



Entities (McDonald's server, Apple Pay server, and issuer bank) involved in the decryption process to decrypt the encrypted payment data (payment token).

*Source:*  *https://developer.apple.com/videos/play/tech-talks/111381/*



*Excerpt discloses a decryption and authorization process in which encrypted payment session information is exchanged between the application and the merchant server, forwarded to a wallet server such as Apple Pay, and then transmitted to the Adyen payment platform. The Adyen payment platform further forwards the data to a token service provider for detokenization, after which the issuer matches the records to approve or decline the transaction.*

*<u>Note:</u> This process is attributable to McDonald's because McDonald's conditions completion of the contactless payment transaction on execution of this specific, multi-step server-side flow and dictates the manner and sequence in which the encrypted data must be exchanged, forwarded, and processed. Although third-party systems such as Apple Pay, the Adyen payment platform, and the token service provider perform portions of the decryption and validation, those steps are performed only to enable a McDonald's transaction and in accordance with McDonald's required payment architecture, making the third-party steps attributable to McDonald's.*

*Source: https://www.securetechalliance.org/wp-content/uploads/EMV_Tokenization_Webinar_FINAL_110316.pdf*

---------------------------------------------------------------------------------------------------------

*Excerpt below shows that Adyen performs the critical processing steps, including validating and decrypting the received data or resolving the token to the underlying account through the appropriate token service and card network, and routing the transaction for authorization with the issuing bank. After the issuer authorizes the charge, Adyen returns the authorization response to the McDonald's POS system, enabling McDonald's to complete the transaction*

---------------------------------------------------------------------------------------------------------

McDonald's have chosen Adyen, a flourishing payment platform, to boost their cross-border transactions on grounds of the huge benefits it brings back.

*Source: https://www.magestore.com/blog/adyen-pos/*

Adyen NV announced late Wednesday an expansion of its agreement to process mobile-app transactions for McDonald's Corp. to include the United States.

As part the deal, **Adyen** will enable consumers enrolled in McDonald's loyalty program to pay with their saved payment method on the McDonald's **mobile app** at the front counter,

*Adyen payment platform processes mobile app transactions and enables users to pay using their saved payment methods.*

*Source:  https://www.digitaltransactions.net/adyen-expands-its-relationship-with-mcdonalds-to-the-u-s-market/*

## Adyen and McDonald's expand mobile app partnership to the U.S

McDonald's has always focused on serving customers, and that includes offering their preferred payment methods with Adyen in several markets across the globe. For example, loyalty customers are able to pay with their saved payment method on the McDonald's mobile app at the front counter, kiosk, or drive-thru using a four-digit code which provides convenience and supports operational speed.

*Source: https://www.adyen.com/press-and-media/adyen-and-mcdonalds-expand-mobile-app-partnership-to-the-us*

# Adyen Expands Its Relationship With McDonald's to The U.S. Market

Adyen NV announced late Wednesday an expansion of its agreement to process mobile-app transactions for McDonald's Corp. to include the United States. Adyen has processed payments from mobile apps for the global restaurant chain in the United Kingdom since 2020.

As part the deal, **Adyen** will enable consumers enrolled in McDonald's loyalty program to pay with their saved payment method on the McDonald's **mobile app** at the front counter

Adyen platform enables users to pay using a saved/registered payment method (link with apple wallet) on the McDonald App

*Source: https://www.digitaltransactions.net/adyen-expands-its-relationship-with-mcdonalds-to-the-u-s-market/*

# McDonald's taps Adyen for mobile payments

Foodservice retailer McDonald's has selected payments platform provider Adyen for mobile payments in all its worldwide markets.

Adyen for mobile payments

The Adyen payments platform connects directly to Visa, Mastercard and other consumer-preferred payment methods.

Adyen's platform is expected to simplify and scale up payments via a single integration.

*Source:  https://www.electronicpaymentsinternational.com/news/mcdonalds-taps-adyen-mobile-payments/*

Adoption of EMVCo Standards

Making payments with network tokens has important benefits:

- Minimal integration efforts for adopting EMVCo's network token standards ⬀.
- Better payment security because each transaction is protected with a single-use cryptogram.

*Source: https://docs.adyen.com/online-payments/network-tokenization*

# Decrypt Apple Pay tokens

Learn how to decrypt Apple Pay tokens.

*Adyen payment platform used by McDonald's for decryption-related processing.*

An Apple Pay token contains encrypted data of a transaction performed with Apple Pay. Apple Pay tokens enable you to securely pass the data of your shoppers to a payment service provider, like Adyen.

*Source: https://docs.adyen.com/payment-methods/apple-pay/api-only/apple-pay-token-decryption*

This page explains how to implement a feature to securely reveal card details in your user interface, such as:

- Card verification code (CVC)
- Expiration date
- Primary account number (PAN)

To reveal the card details in your user interface, you must first get the card details data from Adyen. To securely request the data, you use a base64-encoded RSA public key and an Advanced Encryption Standard (AES) key to generate an encrypted session key.

*Adyen's role in secure transaction processing includes performing a decryption step to recover the original information for processing and completing the purchase.*

Use the session key to request Adyen to reveal the card details. This response contains the encrypted card data assigned to the Adyen-issued card. You must extract the data from the decrypted response and then reveal them to the cardholder in your interface.

*Source:  https://docs.adyen.com/issuing/manage-card-data/reveal-card-details*



# Pre-authorization and authorization adjustment

Pre-authorize a payment, adjust the authorized amount, and capture the payment.

In a basic payment flow, the payable amount from your payment request is authorized and then captured. But sometimes you want to change the amount or extend the length of the authorization. Using the authorization type **pre-authorization** for your payment request, you can increase or decrease the authorized amount at a later stage, and then capture the payment manually. Changes to a pre-authorized payment are called "authorization adjustments".

*Source:* https://docs.adyen.com/point-of-sale/pre-authorisation

 **Payment authorisation**

Learn about the payment authorisation flow and how you can control payment approvals

For security and compliance reasons, Adyen must authorise any payment made with an Adyen-issued card. When a cardholder attempts a payment, Adyen receives a payment request that starts a payment authorisation flow. This flow results in the payment being approved or refused.

As part of the flow, we perform internal checks and validations to ensure that the transaction is legitimate. Additionally, we can perform custom verifications created by you. This helps you control the types of transactions that your cardholders can make. You can do this by configuring transaction rules or relayed authorisation.

*Source: https://docs.adyen.com/issuing/authorisation*

# McDonald's Partners With Adyen to Launch Mobile Payments Tech Worldwide

McDonald's has struck a deal with international payments platform Adyen NV, which will receive and process payments made in the chain's mobile app, according to a press release from Adyen.
Adyen's technology makes it easy to add payment methods and onboard franchisees, McDonald's can, in theory at least, more quickly roll out a consistent order and pay experience across the globe.

*Source: https://thespoon.tech/mcdonalds-partners-with-adyen-to-launch-mobile-payments-tech-worldwide/*



*Source: https://docs.adyen.com/issuing/manage-card-data/reveal-card-details/*

**Apple Pay (Decrypted Payload)**

This documentation provides instructions for making a payment using decrypted data obtained from an Apple Pay payload.

This document assumes that you have access to the decrypted data from the Apple Pay payload.

### Step 1: Obtain Decrypted Data

Ensure that you have decrypted data from the Apple Pay payload, which should include the necessary card information.

*Decrypts the encrypted payment data to obtain the payment card data for processing.*

### Step 2: Format the Decrypted Data

The decrypted data must be structured in a JSON format, containing the following key information:

**applicationPrimaryAccountNumber**: The primary account number of the card.

**applicationExpirationDate**: The expiration date of the card.

**cardholderName**: The name of the cardholder.

**paymentData**: A nested object that includes the onlinePaymentCryptogram and eciIndicator.

**currencyCode**: The currency code associated with the transaction.

**transactionAmount**: The amount of the transaction in the specified currency.

**deviceManufacturerIdentifier**: A unique identifier for the device manufacturer involved in the transaction.

**paymentDataType**: The type of payment data, such as "3DSecure" for 3D Secure transactions.

*Note*:  Excerpt discloses decrypting the encrypted data and de-tokenizing it to retrieve the payment card data including primary account number ('identification data').

*Source*:  https://developers.tap.company/docs/apple-pay-decrypted-payload